No. 02–853. CACCIOLA ET AL. *v.* SIMS COMMUNICATIONS, INC., ET AL. Ct. App. Wash. Certiorari denied. 

No. 02–854. ARTIS-JAMES *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 02–860. JOHNSON *v.* FRANCHISE TAX BOARD OF CALIFORNIA ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–863. MOREIN *v.* DREXEL UNIVERSITY ET AL. Super. Ct. Pa. Certiorari denied. 

No. 02–865. LOBO GAMING, INC. *v.* PIT RIVER TRIBE OF CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02–872. MARIS DISTRIBUTING CO. *v.* ANHEUSER-BUSCH, INC. C. A. 11th Cir. Certiorari denied. 

No. 02–874. BRYAN COUNTY BOARD OF EQUALIZATION *v.* BRYAN COUNTY BOARD OF TAX ASSESSORS. Ct. App Ga. Certiorari denied. 

No. 02–875. PERSIK *v.* COLORADO. Dist. Ct., Larimer County, Colo. Certiorari denied.

No. 02–882. ADVANTA CORP. ET AL. *v.* RISEMAN. C. A. 3d Cir. Certiorari denied. 

No. 02–886. MARTIN *v.* WALMER ET AL. C. A. 3d Cir. Certiorari denied. 

No. 02–887. ALABAMA-WEST FLORIDA ANNUAL CONFERENCE OF THE UNITED METHODIST CHURCH *v.* CARNESI; and
No. 02–906. FERRY PASS UNITED METHODIST CHURCH *v.* CARNESI ET AL. Sup. Ct. Fla. Certiorari denied. Reported below: 826 So. 2d 954.

No. 02–890. CLARK COUNTY SCHOOL DISTRICT ET AL. *v.* EASON ET AL. C. A. 9th Cir. Certiorari denied. 

No. 02–892. BENNETT *v.* ALLFIRST BANK, FKA FIRST NATIONAL BANK OF MARYLAND. Ct. Sp. App. Md. Certiorari denied.